UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

LARRY D BRYANT

CASE NO. 15-23619-LMI
CHAPTER 7

Debtor(s).
_____/

### CERTIFICATE OF SERVICE FOR NOTICE OF HEARING

I HEREBY CERTIFY that a true and correct copy of the Notice of Hearing [DE# 30] on the Motion for Relief [DE # 19] filed by WELLS FARGO BANK, N.A. , was served as follows:

The parties identified below were served by NEF on the October 9, 2015.

ROBERT A ANGUEIRA, TRUSTEE, BK Trustee
6495 SW 24 ST
MIAMI, FL 33155

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE
SUITE 1204
MIAMI, FL 33130

The parties identified below were served by U.S. Mail on the October 12, 2015.

LARRY D BRYANT
6230 NW 1ST COURT
MIAMI, FL 33150-

eXL Legal, PLLC
Email Address: bk@exllegal.com
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Attorney for the Movant

By:  /S/  Kenneth W. Lockwood

**Kenneth W. Lockwood**
FBN #16722