


**ORDERED in the Southern District of Florida on October 19, 2015.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
LARRY D BRYANT

CASE NO. 15-23619-LMI
CHAPTER 7

Debtor(s).
___________________________________/

**ORDER GRANTING MODIFICATION OF STAY**

This case came on for consideration at hearing held on October 15, 2015 regarding the Motion for Relief from the Automatic Stay filed by Movant, WELLS FARGO BANK, N.A., on September 24, 2015, docket No. 19. Accordingly, it is

ORDERED AS FOLLOWS:

1. The Motion for Relief from Stay is granted in part.

2. The sale of this property is not to occur for sixty (60) days from the date of this entered order.

3. Should an order granting Motion for Mortgage Mediation be entered prior to the sale date the sale shall be cancelled.

4. The automatic stay is terminated to permit Movant ("WELLS FARGO BANK, N.A.") to prosecute a mortgage foreclosure action in state court against real property, the legal description of which is:

**LOT 9, BLOCK 2, ROCKMOOR HEADLIGHT TRACT, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 6, AT PAGE 66 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

**A/K/A 6230 NW 1ST CT, UNIT 1 AND 2, MIAMI, FL 33150-4536**

; and

5. The Order Granting Modification of Stay is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property, and permitting Movant to contact the Debtor by telephone or written correspondence and, at its option, offer, provide and enter into any potential forebearance agreement, loan modification, refinance agreement, or other loan workout/loss mitigation agreement and allowing Movant any other remedies the Movant may have under applicable non-bankruptcy law provided that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

6. If Debtor converts this case to another chapter then the relief granted herein will survive any such conversion.

###

This order is submitted by EXL LEGAL, PLLC, 12425 28th Street North, Suite 200, St. Petersburg, FL 33716, Telephone No. (727) 536-4911, Fax No. (727) 539-1094, dcz@exllegal.com, Kenneth W. Lockwood, attorney for movant.

eXL Legal, PLLC, attorney for movant is directed to serve copies of this order on the parties listed and file a certificate of service.

KENNETH W LCOKWOOD, ESQ.
EXL LEGAL, PLLC
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716

LARRY D BRYANT
6230 NW 1ST COURT
MIAMI, FL 33150-

ROBERT A ANGUEIRA, TRUSTEE
6495 SW 24 ST
MIAMI, FL 33155

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE
SUITE 1204
MIAMI, FL 33130