UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

LARRY D BRYANT

DEBTOR                              /

CASE NO.: 15-23619-BKC-LMI
PROCEEDING UNDER CHAPTER 13

## TRUSTEE'S MOTION TO DISMISS AND
## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

**I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on _____AUG   2 2016_____.

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

By: /s/_____

☐ Adisley Cortez-Rodriguez, Esq.
   FLORIDA BAR NO: 0091727
☒ Amy Carrington, Esq.
   FLORIDA BAR NO: 101877
☐ Jose Ignacio Miceli, Esq.
   FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 15-23619-BKC-LMI

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
LARRY D BRYANT
6230 NW FIRST COURT
MIAMI, FL  33150

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
SAMUEL S. SOROTA, ESQUIRE
801 N.E. 167 STREET
SUITE 308
N. MIAMI BEACH, FL  33162

06/27/2016 MON 04:23    FAX                                                           ☒001

```
                    *********************
                    *** FAX TX REPORT ***
                    *********************

                    TRANSMISSION OK

        JOB NO.                    2665
        DESTINATION ADDRESS        3056526454
        SUBADDRESS
        DESTINATION ID
        ST. TIME                   06/27 04:22
        TX/RX TIME                 00'18
        PGS.                       1
        RESULT                     OK
```

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE

Southern District of Florida

NANCY K. NEIDICH, TRUSTEE<br>
P.O. Box 279806<br>
Miramar, Florida 33027<br>
(954) 443-4402<br>
Facsimile: (954) 443-4452

4/12/16

In Re: 15-23619 LMI**L. BRYANT

Dear: SAM SOROTA ESQ

The Trustee has recommended confirmation of a Plan in the above-
Referenced case based upon your assurance that
had agreed to the Debtor's treatment of its collateral. The
Trustee has since received a copy of a Proof of Claim filed with
the Bankruptcy Court.

The Proof of Claim is filed as such:

- Amount of Claim: $
- A secured creditor in the amount of $
- A secured creditor with arrearage and costs in the amount of $
- An unsecured priority creditor in the amount of $
- Unresolved Objection DE#
- Plan seeks to value collateral secured by [Creditor name] and no Motion to Value has been filed
- Motion to Value with no Order DE#
- Discrepancy in Order DE#
- ✓ Other: **100% LANGUAGE ISSUE**

The Debtor is directed to either file a Motion to Modify the Confirmed
Plan to include the amount listed in the Proof of Claim, or an
Objection to the Proof of Claim within twenty (20) days of this
and the Trustee may file a Motion to Dismiss this case with
prejudice for six (6) months.

Very truly yours,

CLARISSA